IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OKEY OZOH,

    Plaintiff,                               NO. 2:12-cv-2443 MCE GGH PS

    vs.

HOMEWARD RESIDENTIAL, et al.,

    Defendants.                           ORDER

_____/

        Defendants' motion to dismiss presently is calendared for hearing on December 20, 2012. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 230(g).

        Accordingly, IT IS ORDERED that:

        1. The December 20, 2012 hearing on the motion to dismiss, filed October 3, 2012, is vacated; and

        2. The motion is submitted on the record.

DATED: December 10, 2012

                              /s/ Gregory G. Hollows
                      UNITED STATES MAGISTRATE JUDGE

GGH:076:Ozoh2443.vac.wpd

1