IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OKEY OZOH,

    Plaintiff,                     No. 2:12-cv-2443 MCE GGH PS

    vs.

HOMEWARD RESIDENTIAL, et al.,

                                          FINDINGS & RECOMMENDATIONS

    Defendants.

_____/

        This action was referred to the undersigned pursuant to Local Rule 302(c)(21). This action was removed from state court on September 26, 2012. Pursuant to Federal Rule of Civil Procedure 4(m), the court may dismiss an action where service of summons is not made within 120 days after the filing of the complaint. In the order requiring timely service filed September 27, 2012, (dkt. no. 4), plaintiff was cautioned that this action may be dismissed if service was not timely completed. This action was filed August 17, 2012, in state court, and plaintiff has not yet served defendant Argent Mortgage Company, LLC with summons.

        On April 2, 2013, this court issued an order to show cause why this defendant should not be dismissed for failure to comply with Federal Rule of Civil Procedure 4(m). Plaintiff was cautioned that failure to <u>timely</u> file the required writing would result in a

1

recommendation that this defendant be dismissed. Plaintiff filed a response on April 15, 2013. Rather than explaining why service has not been completed, plaintiff argues the merits of Argent's involvement, or lack thereof, in the case, as well as the remaining merits of the case.

Accordingly, IT IS RECOMMENDED that defendant Argent Mortgage Company, LLC be dismissed from this action.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge"s Findings and Recommendations." Any response to the objections shall be served and filed within seven (7) days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 6, 2013

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Ozoh2443.fr-fsrv.wpd