UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKEY OZOH, | No. 2:12-cv-2443 MCE GGH PS |
| Plaintiff, | |
| v. | ORDER |
| HOMEWARD RESIDENTIAL, et al., | |
| Defendants. | |

On June 6, 2013, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

Accordingly, the court presumes any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

///

///

///

1

1   Accordingly, IT IS ORDERED that the Findings and Recommendations filed June 6,
2 2013, are ADOPTED and defendant Argent Mortgage Company, LLC is dismissed from this
3 action.
4 Date: August 15, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT